Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 12−16557−GMB
                      Chapter:  7
                      Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christine J Gordon                                           Mark A Gordon
15 Golf Drive                                                      15 Golf Drive
Mays Landing, NJ 08330                             Mays Landing, NJ 08330

Social Security No.:
  xxx−xx−7783                                                  xxx−xx−6650

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

        First 3 Pages of New Petition, Statement of Financial Affairs, Summary of Schedule, Summary of Liabilities, Statement of Current Monthly Income and Means Test, Schedules A,B,C,D,E,F,G,H,I,J.

2. This case will be dismissed on March 28, 2012, unless the missing documents are received on or before that date by the Clerk of the Court at:

                      U.S. Bankruptcy Court
                      401 Market Street
                      Camden, NJ 08102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before March 28, 2012.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.


Dated: March 15, 2012
JJW: bjm

                                                                           James J. Waldron
                                                                             Clerk

    If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $30 fee for the amendment in the form of certified check, money order, or attorney's check.